UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81659-CIV-ROSENBERG/REINHART

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**MELT SHOP, LLC, a foreign limited liability company,**

    Defendant

_____/

## NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court stay all further proceedings to allow the parties to finalize the settlement agreement and file a dismissal with prejudice.

DATED: January 22, 2020.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By _s/ Roderick V. Hannah_ | By _s/ Pelayo M. Duran_ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF and by separate email on all counsel or parties of record on the Service List below:

MELT SHOP, LLC
c/o Seth Rubine, Esq.
RUBINE + CHA, Attorneys at Law
65 Harristown Road, Suite 203
Glen Rock, New Jersey 07452
srubine@rubinecha.com

                                                    /s/ *Roderick V. Hannah*
                                                        Roderick V. Hannah