UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81659-CIV-ROSENBERG/REINHART

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**MELT SHOP, LLC, a foreign
limited liability company,**

    Defendant
_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all of his claims in this action *with prejudice*.

Dated: March 9, 2020.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF and by separate email on all counsel or parties of record on the Service List below:

Seth Rubine, Esq.
RUBINE & CHA
65 Harristown Road, Suite 203
Glen Rock, NJ  07542
(201) 857-5815
srubine@rubinecha.com

*Attorneys for Defendant*
*MELT SHOP LLC*

                                          /s/ *Roderick V. Hannah*
                                              Roderick V. Hannah